**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DONG YANG #A240-764-239** | **CIVIL ACTION NO. 26-1624 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **RICHWOOD CORRECTIONAL CENTER ET AL** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 7), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Doc. 5) is **DENIED** and **DISMISSED WITHOUT PREJUDICE** to the Petitioner's right to file a new petition should his post-removal-order detention become prolonged or otherwise unlawful.

THUS ORDERED AND SIGNED in Chambers this 28th day of September, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**